| | | | |
|---|---|---|---|
| Riverstone Creek Condo. Owners Ass'n. v. Hall | 2016AP001354 | 07–18–2017 | Affirmed/ reversed/ remanded |
| Lindemann v. Maclay | 2016AP001370 | 07–05–2017 | Affirmed |
| Amalga Composites, Inc. v. LIRC | 2016AP001445 | 07–05–2017 | Reversed and remanded |
| State v. Love† | 2016AP001463 | 07–27–2017 | Affirmed |
| Tutkowski v. Rudesill† | 2016AP001465 | 07–19–2017 | Affirmed in part, reversed in part |
| State v. Pittman† | 2016AP001689 CR | 07–20–2017 | Affirmed |
| State v. S. D.† | 2016AP001701, 2016AP001702 | 07–05–2017 | Affirmed |
| State v. Andrew W. Hendrickson† | 2016AP001724 CR | 07–27–2017 | Affirmed |
| Haynes v. Thousand† | 2016AP001761 | 07–27–2017 | Affirmed |
| State v. Moss† | 2016AP001856 CR | 07–25–2017 | Affirmed |
| State v. Orr | 2016AP002009 CR | 07–05–2017 | Affirmed |
| Pella Mut. Ins. Co. v. Hargrove | 2016AP002032 | 07–11–2017 | Affirmed |
| State v. M. W.† | 2016AP002045, 2016AP002046 | 07–11–2017 | Affirmed |
| State v. A. S. F.† | 2016AP002076 | 07–11–2017 | Affirmed |
| State v. V. C., Jr.† | 2016AP002077 | 07–11–2017 | Affirmed |
| State v. Perez-Basurto | 2016AP002136 CR | 07–18–2017 | Affirmed |
| State v. Martens | 2016AP002384 | 07–13–2017 | Affirmed |
| State v. Coutino† | 2016AP002386 CR | 07–19–2017 | Affirmed |
| State v. Dalton† | 2016AP002483 CR | 07–19–2017 | Affirmed |
| State v. Hernandez† | 2017AP000062 CR | 07–11–2017 | Affirmed |
| State v. Lewis | 2017AP000234 CR | 07–25–2017 | Reversed and remanded |
| State v. Tracy Dean Martin | 2017AP000296 CR | 07–25–2017 | Affirmed |

†Petition to review filed.